Opinion issued October 23, 2008









In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-08-00747-CV

____________


IN RE RONALD X. GORDON, Relator






Original Proceeding on Petition for Writ of Mandamus






MEMORANDUM OPINION

 Relator Ronald X. Gordon has filed a petition for writ of mandamus (1) complaining that the
trial court erroneously sustained the court reporter's contest to his affidavit of indigency, thereby
depriving him of a record in Gordon v. Jones, Cause No. 01-07-00500-CV, 2008 WL 2209431,
(Tex. App.--Houston [1st Dist.] May 29, 2008, no pet.).

 We deny the petition for writ of mandamus.

PER CURIAM


Panel consists of Chief Justice Radack and Justices Nuchia and Higley.

1. " "